IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40914
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MIGUEL ANGEL ALVAREZ-GALVAN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-96-CR-335-1
- - - - - - - - - -
April 21, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Miguel Angel Alvarez-Galvan (Alvarez) appeals from his jury conviction for conspiracy to possess with intent to distribute in excess of 50 kilograms of marijuana, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846.  He argues that the evidence was not sufficient to sustain the jury's verdict.  We have reviewed Galvan's sufficiency challenge, and the arguments and authorities convince us that no reversible error was committed.  The evidence was not insufficient to support his conviction.  See United States v. Jaramillo, 42 F.3d 920, 922-23 (5th Cir. 1995).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.